

ORIGINAL

**FILED**

02/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

IN RE MOTION FOR ADMISSION UPON UNIFORM BAR EXAMINATION SCORE TRANSFER

O R D E R

Devin Giacomo Bray has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Bray has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. The petition also states that Bray will file a formal petition for leave to be sworn in by an authorized judge in another jurisdiction, upon the granting of his present motion. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and competition of any other processing requirements as set forth by the Bar Admissions Administrator, Devin Giacomo Bray may be sworn in to the practice of law in the State of Montana.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this ____ day of February, 2024.

_____
Chief Justice

_____

FILED

FEB - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices